MAY C. LOUISE COLWELL, Respondent, *v.* THE CHAPTER-GENERAL OF AMERICA, KNIGHTS OF ST. JOHN AND MALTA, Appellant.

*Colwell* v. *Chapter-General of America, K. of St. J. & M.,* 59 App. Div. 621, appeal dismissed.

(Argued June 3, 1901; decided June 11, 1901.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 27, 1901, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

The motion was made upon the grounds that the Appellate Division has unanimously decided that the verdict is supported by the evidence; that no question of law is presented for review; that there are no exceptions in the case, and the exceptions appearing in the return are frivolous.

*I. Newton Williams* for motion.

*George H. Bruce* opposed.

Motion granted and appeal dismissed, with costs.

---

ABRAHAM J. PRATT, an Infant, Appellant, *v.* MARTHA JOHNSTON, Respondent, Impleaded with Others.

*Pratt* v. *Johnston,* 59 App. Div. 52, appeal dismissed.
(Argued June 3, 1901; decided June 11, 1901.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 11, 1901, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

The motion was made upon the ground that the appellant had failed to file a proper undertaking as required by section 1326 of the Code of Civil Procedure.

*Harry D. Williams* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs.